FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 11, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NFN LE'TAXIONE,<br><br>            Plaintiff,<br><br>    v.<br><br>MR. SPARBER, MR. SCOTT BAUM, and LT WIRTH,<br><br>            Defendants. | No.  2:22-cv-00066-MKD<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

BEFORE THE COURT is *pro se* Plaintiff NFN Le'Taxione's Motion to Voluntarily Dismiss Complaint.  ECF No. 23.  Defendants have not been served in this action.  Accordingly, **IT IS ORDERED** that Plaintiff's Motion, **ECF No. 23**, is **GRANTED** and the First Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.

Accordingly, **IT IS HEREBY ORDERED:**

(1)  Plaintiff's Motion to Voluntarily Dismiss Complaint pursuant to Federal Rule of Civil Procedure 41(a), **ECF No. 23**, is **GRANTED.**

ORDER DISMISSING ACTION WITHOUT PREJUDICE - 1

(2) Plaintiff's First Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.

(3) Although granted the opportunity to do so, Plaintiff did not file a separate Motion and Affidavit to waive the remaining balance of the filing fee as directed. Therefore, Plaintiff is still obligated to pay the full filing fee for this action pursuant to 28 U.S.C. § 1915(b).

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, enter judgment of dismissal without prejudice, provide copies to Plaintiff, and **close** the file. The Court certifies that any appeal of this dismissal would not be taken in good faith.

**DATED** December 11, 2023.

<u>s/Mary K. Dimke</u><br>
MARY K. DIMKE<br>
UNITED STATES DISTRICT JUDGE